UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER BELL,

                      Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION OFFICE OF THE GENERAL COUNSEL,

                      Defendant.

23-CV-10048 (LTS)

SECOND ORDER GRANTING EXTENSION OF TIME

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 29, 2024, the Court granted Plaintiff leave to file a second amended complaint.[1] On March 26, Plaintiff filed the amended pleading. On April 4, 2024, Plaintiff requested leave to file a third amended complaint, which the Court granted on April 26, 2024. On July 1, 2024, Plaintiff requested additional time to file his third amended complaint.

The Court grants Plaintiff's request and extends the time to file a third amended complaint to 30 days from the date of this order.

SO ORDERED.

Dated:    July 10, 2024
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge

---

[1] Plaintiff initiated this action on November 14, 2023, by filing a complaint. The following day, he filed an amended complaint.