UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Bell<br><br>                    Plaintiff,<br><br> -against-<br>New York City Dept. of Education Office of the General Counsel,<br><br>                    Defendant. | 23-CV-10048 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic conference is scheduled for **Thursday, October 17, 2024 at 10:00 am.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 265 515 977#.

DATED:  October 7, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge