UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Bell,<br><br>                              Plaintiff,<br><br>   -against-<br>New York City Dept. of Education Office of the General Counsel, et al.,<br><br>                              Defendants. | 23-CV-10048 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 17, 2024 I held a telephonic status conference with the parties. The following topics were discussed:

<u>Defendants' anticipated motion to dismiss the complaint</u>. It is ORDERED that, by **December 3, 2024**, Defendants shall file their planned motion to dismiss Plaintiff's complaint. Plaintiff shall have until **February 3, 2025** to oppose the motion to dismiss. Defendants shall have until 21 days after the filing of Plaintiff's opposition to the motion to dismiss to file a reply in further support of the motion to dismiss. All filings shall comply with Judge Engelmayer's individual practices, available at https://nysd.uscourts.gov/hon-paul-engelmayer.

<u>Motion To Stay Discovery</u>. Defendants have indicated that they plan to file a motion to stay discovery on or after **December 3, 2024**. Plaintiff shall have one week to oppose the motion to stay discovery. If no motion to stay discovery is filed by December 20, 2024, I will schedule an initial case management conference for the first full week in January of 2025. The parties are directed to consult my Individual Rules of Practice, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

<u>Pro Se Legal Clinic</u>. Plaintiff is informed that the City Bar Justice Center runs a legal services clinic for pro se litigants in the Southern District of New York. The Pro Se Law Clinic is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). If Plaintiff so chooses, he may complete the City Bar Justice Center's [intake form](#) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email ([fedprosdny@nycbar.org](mailto:fedprosdny@nycbar.org)).

DATED: October 17, 2024
New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge