UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Bell,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br>New York City Dept. of Education Office of the General Counsel, et al.,<br><br>　　　　　　　Defendants. | 23-CV-10048 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a telephonic status conference on **January 22, 2025, at 10:30 AM**. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 654 158 764#**.

DATED:　January 14, 2025
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge