UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Bell,<br><br>                    Plaintiff,<br><br>  -against-<br>New York City Dept. of Education Office of the General Counsel, et al.,<br><br>                    Defendants. | 23-CV-10048 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I held a telephonic status conference in this matter on January 22, 2024.

As discussed at the conference, Plaintiff's opposition to the pending motion to dismiss is due February 10, 2025. Defendants' reply in further support of the motion to dismiss is due March 3, 2025.

DATED:  January 22, 2025
              New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge