UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BELL,<br><br>      Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION OFFICE OF THE GENERAL COUNSEL, et al.,<br><br>      Defendants. | 23-CV-10048 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a telephonic status conference on **March 27, 2025 at 10:30 AM**. The parties should be prepared to discuss Plaintiff's letter filed on March 19, 2025 at ECF 47. Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 690 129 524 #**.

DATED: March 21, 2025
    New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge