Application GRANTED. Defendant's anticipated motion to dismiss is due by **November 26, 2025**. Plaintiff's opposition to the motion to dismiss is due by **January 6, 2026**. Defendant's reply, if any, in further support of the motion to dismiss is due by **January 27, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 59.

Dated:  October 29, 2025
        New York, NY

SO ORDERED
Robyn Tarnofsky
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE



**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Elisheva L. Rosen**
*Litigating Senior Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

October 29, 2025

**BY ECF**
Honorable Robyn Tarnofsky
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:   <u>Christopher Bell v. New York City Department of Education, et. al.</u>[1]
             23-CV-10048

Dear Magistrate Judge Tarnofsky:

      In accordance with Rule III(D)(1), I submit this letter jointly with Plaintiff to propose a briefing schedule for Defendants' anticipated motion to dismiss Plaintiff's Fourth Amended Complaint (ECF Dkt. No. 58). The parties propose the following briefing schedule:

- Defendant's moving papers: November 26, 2025
- Plaintiff's opposition papers: January 6, 2026
- Defendant's reply: January 27, 2026

      While the proposed briefing schedule is larger than the typical time allotted under Local Civil Rule 6.1, the parties propose the extended schedule in light of the Plaintiff's pro se status and the upcoming winter holiday season. Therefore, the parties respectfully requests that the Court adopt the aforementioned briefing schedule.

                                      Respectfully submitted,

                                      /s/ Elisheva L. Rosen
                               Elisheva L. Rosen
                               Litigating Senior Counsel

---

[1] The Court *sua sponte* dismissed the City of New York on August 14, 2024. <u>See</u> ECF Dkt. No. 17. The Court docket lists Chancellor Banks and CEC Six as "TERMINATED: 10/27/2025". <u>See</u> ECF Docket, last accessed October 28, 2025. Defendants presume this is in error and, out of an abundance of caution, are including Chancellor Banks and CEC Six in the anticipated motion to dismiss.

**CC:**

Honorable Paul A. Engelmayer (by ECF)
United States District Judge

Christopher Bell (by ECF)
Plaintiff Pro Se