**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CHRISTOPHER BELL,

Plaintiff,

23 **CIVIL** 10048 (PAE) (RFT)

-against-

**JUDGMENT**

NEW YORK CITY DEPTARTMENT OF EDUCATION et al.,

Defendants,

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 13, 2026, the Court grants defendants' motion to dismiss the FAC with prejudice; accordingly, the case is closed.

**DATED:** New York, New York
July 20, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:**
______________________________
**Deputy Clerk**